Michael A. Tomasulo (SBN 179389)
tomasulom@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel:   (310) 772-8300
Fax:   (310) 772-8301

Attorneys for Plaintiff
SAMSUNG ELECTRONICS AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., <br><br>   Plaintiff, <br><br> vs. <br><br> NEW CENTURY IMAGING, INC. and ROYAL OFFICE SUPPLIES, INC., <br><br>   Defendants. | **CASE NO. 10-CV-623 VBF (JCx)** <br><br> Assigned to the Hon. Valerie Baker Fairbank <br><br> **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

**TO DEFENDANTS NEW CENTURY IMAGING, INC. AND ROYAL OFFICE SUPPLIES, INC.:**

YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE on February 11, 2010, at 3:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable VALERIE BAKER FAIRBANK, located at the United States Courthouse for the Central District of California, Courtroom 9, Spring Street Federal Building, located at 312 N. Spring Street, Los Angeles, CA 90012, why you, your agents, servants, employees, officers, and all persons in active concert and participation with you, should not be:

RESTRAINED AND ENJOINED pending the final hearing and determination of this action, from:

1. Using the SAMSUNG marks, and any variations thereof, in any manner, form, or medium likely to confuse consumers into mistakenly believing that Defendants or Defendants' businesses are authorized or sponsored by, or affiliated with, Samsung;

2. Using any reproduction, counterfeit, copy or colorable imitation of the SAMSUNG marks to identify any goods not authorized by Samsung;

3. Using any false description or representation including words or other symbols tending falsely to describe or represent Defendants' unauthorized goods as being those of Samsung, or sponsored by or associated with Samsung, and from offering such goods into commerce;

4. Further infringing the SAMSUNG marks by manufacturing, importing, exporting, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products or their packaging not authorized by Samsung bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the SAMSUNG marks or Samsung's trade dress;

5.	Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that products manufactured, distributed or sold by Defendants are in any manner associated with or connected with Samsung, or are sold, manufactured, licensed, sponsored, approved or authorized by Plaintiff;

6.	Secreting, destroying, altering, removing, or otherwise dealing with unauthorized products or any books or records which contain any information relating to the manufacturing, importing, exporting, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, or displaying of all unauthorized or counterfeit products which infringe the SAMSUNG marks; and

7.	Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in paragraphs 1 through 6.

PENDING HEARING on the above Order to Show Cause, YOU AND EACH OF YOUR agents, servants, employees, officers, and all persons in active concert and participation with you ARE
RESTRAINED AND ENJOINED FROM:

1.	Secreting, destroying, altering, or any books or records which contain any information relating to the manufacturing, importing, exporting, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, or displaying of products which bear the SAMSUNG marks; and

2.	Secreting, destroying, altering, removing, offering for sale, selling, distributing, or otherwise dealing with products bearing the SAMSUNG marks and model numbers ML-1210D3 or SCX -4216D3.

A bond shall be posted by Samsung in the amount of $5,000.00, which is deemed sufficient as security for the payment of such costs and damages as may be

incurred or suffered by any party who is subsequently found to be wrongfully enjoined or restrained hereby, or as a result of a wrongful seizure or wrongfully attempted seizure.  This Order to Show Cause and Temporary Restraining Order and the supporting papers shall be served on the Defendants no later than February 2, 2010.  Any response or opposition to this Order to Show Cause must be filed and personally served on Plaintiff's counsel by no later than February 8, 2010.  Any reply shall be filed and personally served on Defendants' counsel by no later than February 10, 2010, by noon.

## ORDER

IT IS SO ORDERED

February 1, 2010                           By: _____
                                                       United States District Judge