Michael A. Tomasulo (SBN 179389)
tomasulom@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel:   (310) 772-8300
Fax:  (310) 772-8301

Attorneys for Plaintiff
SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NEW CENTURY IMAGING, INC. and ROYAL OFFICE SUPPLIES, INC.,<br><br>Defendants. | **CASE NO. CV-10623 VBF (JCx)**<br><br>Assigned to the Hon. Valerie Baker Fairbank<br><br>**STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION AND EXTENSION OF TIME TO ANSWER THE COMPLAINT** |

THIS MATTER having been brought before this Court by Plaintiff, Samsung Electronics America, Inc. ("Samsung"), by way of an application for a temporary restraining order and order to show cause why a preliminary injunction should not issue enjoining Defendants, Royal Office Supplies, Inc. ("Royal") and New Century Imaging, Inc. ("NCI"), from continued counterfeiting and infringement of Samsung's trademarks through the purchase, distribution and sale of counterfeit Samsung toner cartridges, and Royal having denied knowledge of or liability for infringement and/or counterfeiting and now seeking to cooperate with Samsung in its investigation without admission of liability, and for good cause shown,

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Samsung and Royal, that Royal and it agents, servants, employees, officers, and all persons in active concert and participation with it, are RESTRAINED AND ENJOINED pending the final hearing and determination of this action, from:

1. Using any reproduction, counterfeit, copy or colorable imitation of the SAMSUNG marks to identify any goods not authorized by Samsung;

2. Using any false description or representation including words or other symbols tending falsely to describe or represent Defendant's unauthorized goods as being those of Samsung, or sponsored by or associated with Samsung, and from offering such goods into commerce;

3. Infringing the SAMSUNG marks by manufacturing, importing, exporting, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products or their packaging not authorized by Samsung bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the SAMSUNG marks or Samsung's trade dress;

4. Secreting, destroying, altering, removing, or otherwise dealing with unauthorized products or any books or records which contain any information relating

to the manufacturing, importing, exporting, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, or displaying of all unauthorized or counterfeit products which infringe the SAMSUNG marks; and

5.  Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in paragraphs 1 through 4.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Royal's time to answer the complaint is hereby extended through March 12, 2010, and that all dates for conducting, propounding and responding to discovery pursuant to and as set forth in the Court's order dated February 1, 2010 (Document 10) for expedited and early discovery are extended by two weeks.

AGREED TO:

Dated: February 8, 2010

By: _____
Michael A. Tomasulo (SBN 179389)
tomasulom@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: (310) 772-8300
Fax: (310) 772-8301

Peter Lambrianakos (*pro hac vice*)
LambrianakosP@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Tel: (212) 277-6500
Fax: (212) 277-6501

Attorneys for Plaintiff
SAMSUNG ELECTRONICS
AMERICA, INC.

Dated: February 8, 2010

By: [signature]
David L. Hoffman (SBN 143,474)
Law Offices of David L. Hoffman
28494 Westinghouse Place
Suite 204
Valencia, CA 91355
Tel: (310) 266-8390
Fax: (661) 775-9423
Email: David@DLHpatent.com

Attorneys for Defendant
ROYAL OFFICE SUPPLIES, INC.

IT IS SO ORDERED:

Dated: February ___, 2010    By:_____
                             Hon. Valerie Baker Fairbank, U.S.D.J.