Michael A. Tomasulo (SBN 179389)
tomasulom@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel:   (310) 772-8300
Fax:   (310) 772-8301

Peter Lambrianakos (*pro hac vice*)
lambrianakosp@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Tel:   (212) 277-6500
Fax:   (212) 277-6501

Attorneys for Plaintiff
SAMSUNG ELECTRONICS AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NEW CENTURY IMAGING, INC.; ROYAL OFFICE SUPPLIES, INC.; PI DATA SUPPLIES, LLC; and APEX TRADING LLC, <br><br> Defendants. | **CASE NO. 10-CV-00623 VBF (JCx)** <br><br> Assigned to the Hon. Valerie Baker Fairbank <br><br> **STIPULATED ORDER FOR PRELIMINARY INJUNCTION** |

DICKSTEIN
SHAPIRO LLP

[PROPOSED] STIPULATED ORDER FOR PRELIMINARY INJUNCTION

THIS MATTER having been brought before this Court by Plaintiff, Samsung Electronics America, Inc. ("Samsung"), by way of an application for a temporary restraining order and order to show cause why a preliminary injunction should not issue enjoining Defendant Apex Trading LLC ("Apex") from continued counterfeiting and infringement of Samsung's trademarks through the purchase, distribution and sale of counterfeit Samsung toner cartridges, and Defendant having denied knowledge of or liability for infringement and/or counterfeiting and now seeking to cooperate with Samsung in its investigation without admission of liability, and for good cause shown,

Based upon the stipulation and agreement of the parties,

IT IS HEREBY ORDERED that Defendant Apex and its agents, servants, employees, officers, and all persons in active concert and participation with them shall be RESTRAINED AND ENJOINED pending the final hearing and determination of this action, from:

1. Using the SAMSUNG marks, and any variations thereof, in any manner, form, or medium likely to confuse consumers into mistakenly believing that Defendant or Defendant's business is authorized or sponsored by, or affiliated with, Samsung;

2. Using any reproduction, counterfeit, copy or colorable imitation of the SAMSUNG marks to identify any goods not authorized by Samsung;

3. Using any false description or representation including words or other symbols tending falsely to describe or represent Defendant's unauthorized goods as being those of Samsung, or sponsored by or associated with Samsung, and from offering such goods into commerce;

4. Infringing the SAMSUNG marks by manufacturing, importing, exporting, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products or their packaging not authorized by Samsung bearing any simulation, reproduction,

counterfeit, copy or colorable imitation of the SAMSUNG marks or Samsung's trade dress;

    5.    Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that products manufactured, distributed or sold by Defendant are in any manner associated with or connected with Samsung, or are sold, manufactured, licensed, sponsored, approved or authorized by Plaintiff;

    6.    Secreting, destroying, altering, removing, or otherwise dealing with unauthorized products or any books or records which contain any information relating to the manufacturing, importing, exporting, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, or displaying of all unauthorized or counterfeit products which infringe the SAMSUNG marks; and

    7.    Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in paragraphs 1 through 6.

IT IS SO ORDERED:


Dated:    March_29, 2010    By: _/s/ Valerie Baker Fairbank_

    HON. VALERIE BAKER FAIRBANK
    U.S. DISTRICT COURT JUDGE