Michael A. Tomasulo (SBN 179389)
tomasulom@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel:  (310) 772-8300
Fax:  (310) 772-8301

Peter Lambrianakos (*pro hac vice*)
lambrianakosp@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Tel:  (212) 277-6500
Fax:  (212) 277-6501

Attorneys for Plaintiff
SAMSUNG ELECTRONICS AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NEW CENTURY IMAGING, INC.; ROYAL OFFICE SUPPLIES, INC.; PI DATA SUPPLIES, LLC; and APEX TRADING LLC, <br><br> Defendants. | **CASE NO. 10-CV-00623 VBF (JCx)** <br><br> Assigned to the Hon. Valerie Baker Fairbank <br><br> **STIPULATED ORDER FOR PRELIMINARY INJUNCTION** |

1  THIS MATTER having been brought before this Court by Plaintiff, Samsung Electronics America, Inc. ("Samsung"), by way of an application for a temporary restraining order and order to show cause why a preliminary injunction should not issue enjoining Defendant Pi Data Supplies, LLC ("Pi Data") from continued counterfeiting and infringement of Samsung's trademarks through the purchase, distribution and sale of counterfeit Samsung toner cartridges, and Defendant having denied knowledge of or liability for infringement and/or counterfeiting and now seeking to cooperate with Samsung in its investigation without admission of liability, and for good cause shown,

Based upon the stipulation and agreement of the parties,

IT IS HEREBY ORDERED that Defendant Pi Data and its agents, servants, employees, officers, and all persons in active concert and participation with them shall be RESTRAINED AND ENJOINED pending the final hearing and determination of this action, from:

1. Using any reproduction, counterfeit, copy or colorable imitation of the SAMSUNG marks to identify any goods which are not authorized by or do not originate with Samsung or its parent (Samsung Electronics Co., Ltd.), its parent's subsidiaries or any affiliates of the foregoing (the "Samsung Entities");

2. Using any false description or representation including words or other symbols tending falsely to describe or represent any goods which are not authorized by or do not originate with any of the Samsung Entities as originating with or authorized by any of the Samsung Entities, and from offering such goods into commerce;

3. Infringing the SAMSUNG marks by manufacturing, importing, exporting, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products or their packaging not authorized by any of the Samsung Entities bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the SAMSUNG marks;

1      4.    Secreting, destroying, altering, removing, or otherwise dealing with any counterfeit Samsung goods, or any books or records which contain any information relating to the manufacturing, importing, exporting, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, or displaying of any counterfeit Samsung goods, provided however, that Pi Data may submit any Samsung goods to Samsung or the Imaging Supplies Coalition for authentication; and

    5.    Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in paragraphs 1 through 4.

IT IS SO ORDERED:

Dated:    April_5, 2010    By: *Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
U.S. DISTRICT COURT JUDGE