1  Michael A. Tomasulo (SBN 179389)                                    JS-6
   tomasulom@dicksteinshapiro.com
2  DICKSTEIN SHAPIRO LLP
   2049 Century Park East, Suite 700
3  Los Angeles, CA 90067
   Tel:   (310) 772-8300
4  Fax:   (310) 772-8301

5  Peter Lambrianakos (*pro hac vice*)
   lambrianakosp@dicksteinshapiro.com
6  DICKSTEIN SHAPIRO LLP
   1633 Broadway
7  New York, NY 10019
   Tel:   (212) 277-6500
8  Fax:   (212) 277-6501

9

10 Attorneys for Plaintiff
   SAMSUNG ELECTRONICS AMERICA, INC.

11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14

15
   SAMSUNG ELECTRONICS            | CASE NO. 10-CV-00623-VBF (JCx)
16 AMERICA, INC.,                 |
                                  | Assigned to the Hon. Valerie Baker
17              Plaintiff,        | Fairbank
                                  |
18       vs.                      | CONSENT JUDGMENT AND
                                  | PERMANENT INJUNCTION AS TO
19 NEW CENTURY IMAGING, INC.;     | DEFENDANT ROYAL OFFICE
   ROYAL OFFICE SUPPLIES, INC.; PI| SUPPLIES, INC.
20 DATA SUPPLIES, LLC; and APEX   |
   TRADING LLC,                   |
21                                |
22              Defendants.       |

23

24

25

26

27

28

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO
DEFENDANT ROYAL OFFICE SUPPLIES, INC.

WHEREAS plaintiff Samsung Electronics America, Inc. ("Samsung") and defendant Royal Office Supplies, Inc. ("Royal") have agreed in a separate confidential Settlement Agreement to settle the matters at issue between them and to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1.      Samsung asserts claims against Royal for trademark counterfeiting, trademark infringement, and false designation of origin under the United States Trademark (Lanham) Act of 1946, 15 U.S.C. § 1051, *et seq.*, and unfair competition under California Business and Professions Code § 17200, *et seq.*, and the common law of the State of California, in connection with Royal's alleged sale of counterfeit toner cartridges bearing unauthorized copies of Samsung's trademarks;

2.      This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§1331, 1338 and 1367(a), and 15 U.S.C. § 1121(a).  This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C. §§1391(b) and (c).

3.      Samsung is a New York corporation with its principal place of business at 105 Challenger Road, Ridgefield Park, New Jersey, 07660.

4.      Royal is a California corporation with its principal place of business at 8936 Comanche Avenue, Chatsworth, CA, 91311.

5.      Samsung is the owner of the trademark "Samsung" in the United States in both character and stylized forms (the "Samsung Marks") and has been granted the registrations by the United States Patent and Trademark Office, including registration nos. 1,164,353 and 2,214,833.  Each of these registrations is currently valid, subsisting and in full force and effect, is registered on the Principal Trademark Register of the United States Patent and Trademark Office, and is incontestable pursuant to 15 U.S.C. § 1065.

DICKSTEIN
SHAPIRO LLP

1
[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO
DEFENDANT ROYAL OFFICE SUPPLIES, INC.

6.     The Samsung Marks have been extensively and continually used, advertised, and promoted by Samsung in connection with its products, including printers and toner cartridges, within the United States for at least the past 25 years. Substantial amounts of time, effort, and money have been invested over the years in ensuring that the purchasing public associates the SAMSUNG marks exclusively with Samsung.  As a result of this investment, and the quality of its goods and services, Samsung has achieved a reputation for excellence and enjoys and fulfills a substantial demand for its products and services.

7.     By virtue of the extensive scope of sales to consumers, unsolicited press coverage relating to Samsung, and the substantial sums spent to advertise and promote products and services under the Samsung Marks, the marks have acquired a strong secondary meaning in the minds of the purchasing public, and are now highly distinctive and famous, and serve uniquely to identify Samsung's products. Through widespread and favorable public acceptance and recognition, the Samsung Marks enjoy tremendous goodwill and have become assets of incalculable value as symbols of Samsung's products and services.

8.     The sale of counterfeit toner cartridges bearing unauthorized copies of the Samsung Marks would cause damage to Samsung's business, goodwill, reputation, and profits.  Samsung has no adequate remedy at law for trademark counterfeiting. Unless counterfeiting of the Samsung Marks is permanently enjoined, Samsung will suffer irreparable harm.

9.     Royal avers that its has not intentionally sold any counterfeit products.

Based upon the stipulation of the parties, it is hereby further ORDERED, ADJUDGED AND DECREED THAT:

10.     Royal, its officers, directors, agents, servants, employees, attorneys, and those in active concert or participation with any of them who receive actual notice of

DICKSTEIN
SHAPIRO LLP

2
[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO
DEFENDANT ROYAL OFFICE SUPPLIES, INC.

this injunction by personal service or otherwise are permanently restrained and enjoined from

    A.    Using any reproduction, counterfeit, copy or colorable imitation of the Samsung Marks to identify any toner cartridges not originating with or authorized by Samsung;

    B.    Using any false description or representation, including words or other symbols, tending falsely to describe or represent any toner cartridges as originating with or authorized by Samsung, and from offering such goods into commerce;

    C.    Infringing the Samsung Marks by manufacturing, importing, exporting, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise providing to any third party any toner cartridges or their packaging not originating with or authorized by Samsung bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the Samsung Marks; and

    D.    Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in paragraphs A through C;

provided, however, that Royal's distribution, sale, offer for sale or other transfer of counterfeit Samsung toner cartridges shall not be a violation of this paragraph if Royal obtains the counterfeit Samsung toner cartridges from any of the vendors listed in Appendix A to this Order without knowledge that the toner cartridges are counterfeit, or is informed by Samsung that the serial number(s) of such cartridges are authentic, or otherwise obtains written approval from Samsung for use of a specific vendor not listed on Appendix A.

DICKSTEIN
SHAPIRO LLP

3

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO
DEFENDANT ROYAL OFFICE SUPPLIES, INC.

11.     Service by mail upon the counsel of record of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice to Defendants under Rule 65(d) of the Federal Rules of Civil Procedure.  It shall not be necessary for any Defendant to sign any form of acknowledgement of service.

12.     Except as otherwise provided for in the Settlement Agreement, the parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: May 11, 2010            By: _Valerie Baker Fairbank_____

Hon. Valerie Baker Fairbank, U.S.D.J.

**APPROVED AS TO FORM AND CONTENT:**

Dated:        April __, 2010

By: _____
Michael A. Tomasulo (SBN 179389)
tomasulom@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel:        (310) 772-8300
Fax:        (310) 772-8301

Peter Lambrianakos (*pro hac vice*)
LambrianakosP@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY  10019
Tel:        (212) 277-6500
Fax:        (212) 277-6501

Attorneys for Plaintiff
**SAMSUNG ELECTRONICS
AMERICA, INC.**

DICKSTEIN
SHAPIRO LLP

1

Dated:        April __, 2010

2
                                                    By: _____
3                                                         David L. Hoffman (SBN 143474)
                                                          Law Offices of David L. Hoffman
4                                                         28494 Westinghouse Place
                                                          Suite 204
5                                                         Valencia, CA 91355
                                                          Tel:       (310) 266-8390
6                                                         Fax:       (661) 775-9423
                                                          Email:  David@DLHpatent.com
7
                                                          Attorneys for Defendant
8                                                         ROYAL OFFICE SUPPLIES, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

**[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO
DEFENDANT ROYAL OFFICE SUPPLIES, INC.**

<b><u>Appendix A</u></b>

**United Stationers Inc.**

One Parkway North Blvd.

Suite 100

Deerfield, IL 60015-2559

(847) 627-7000

www.unitedstationers.com


**Tech Data Corporation**

5350 Tech Data Drive

Clearwater, FL 33760

Main: (727) 539-7429

U.S. Sales: (800) 237-8931

U.S. Customer Service: (800) 237-8931


**Supplies Network**

5 Research Park Drive

St. Charles, MO 63304

sales@suppliesnetwork.com

(800) 729-9300


**S.P. Richards Company**

P.O. Box 1266

Smyrna, GA 30081-1266

(770) 436–6881

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO
DEFENDANT ROYAL OFFICE SUPPLIES, INC.

1   **Ingram Micro U.S.**

2   Corporate Office

3   1600 E. St. Andrew Place

4   Santa Ana, CA 92705-4926

5   P.O. Box 25125

6   Santa Ana, CA 92799-5125

7   (714) 566-1000

8

9   Corporate Office | East

10   1759 Wehrle Drive

11   Williamsville, NY 14221-7887

12   (716) 633-3600

13

14   Reseller Customer Support

15   Pre-Sale and Post-Sale

16   (800) 445-5066

17

18

19

20

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO
DEFENDANT ROYAL OFFICE SUPPLIES, INC.